■ In the Matter of FRANK VEZZA, Petitioner, v JOHN A. PASSIDOMO, Respondent.—Proceeding pursuant to CPLR article 78 to review a determination of the respondent dated September 20, 1984, which revoked the petitioner's license to operate a motor vehicle on the ground of his refusal to submit to a chemical breathalyzer test following his arrest for driving while intoxicated.

Determination confirmed and proceeding dismissed on the merits, with costs.

While we regard the case as close because of the petitioner's physical condition at the time of his refusal to submit to a chemical breathalyzer test, we cannot say that the determination under review was not supported by substantial evidence. Lazer, J. P., Mangano, Gibbons and Bracken, JJ., concur.